Philip S. May
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth St. NW
Washington, DC 20001
(202) 662-5147
pmay@cov.com

*Attorneys for Plaintiffs*
*Indivior Inc. and Indivior UK Limited*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDIVIOR INC., INDIVIOR UK LIMITED, and AQUESTIVE THERAPEUTICS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 17-7115 (KM)(CLW)<br>Civil Action No. 18-1777 (KM)(CLW)<br>Civil Action No. 18-5300 (KM)(CLW)<br>(Consolidated)<br><br>(Filed Electronically) |

## **NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Philip S. May of Covington & Burling LLP hereby withdraws his appearance in this action on behalf of Plaintiffs Indivior Inc. and Indivior UK Limited (together, "Indivior"). Indivior will continue to be represented by counsel from Saul Ewing LLP and Covington & Burling LLP.

Dated:  April 18, 2023

Respectfully submitted,

By:  <u>s/ Philip S. May</u>
     Philip S. May
     COVINGTON & BURLING LLP
     One CityCenter, 850 Tenth St. NW
     Washington, DC 20001
     (202) 662-5147
     pmay@cov.com

*Attorneys for Plaintiffs*
*Indivior Inc. and Indivior UK Limited*